

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 165TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

On July 29, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

The State of Texas v. Harris County, Texas, et al.

Court of Appeals No. 15-24-00061-CV
Trial Court No. 2024-22320

The Court of Appeals entered the following judgment or order:

Today the Court heard the parties' joint motion requesting the court reinstate the appeal, vacate the trial court's order denying temporary injunctive relief signed by the court below on April 18, 2024, and dismiss the case without prejudice. Having considered the motion and found it meritorious, we reinstate the appeal and **GRANT** the motion. We therefore **VACATE** the trial court's order denying temporary injunctive relief dated April 18, 2024. We further **DISMISS** the case without prejudice.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 10, 2025.

**CHRISTOPHER A. PRINE, CLERK**